In the Matter of ALBERT DI LANDRI, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Petitioner, in a proceeding pursuant to article 78 of the Civil Practice Act, appeals from an order dismissing his petition to review an order made by respondent, which denied petitioner's application for renewal of his instructor's certificate. Order reversed on the law, with $10 costs and disbursements, and matter remitted to respondent for proceedings not inconsistent with the views hereinbelow stated. Petitioner was entitled to a hearing. (Vehicle and Traffic Law, § 7, subd. 6; § 7-a, pars. 1st, 4th.) Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur.

∎

In the Matter of the Estate of ELIZABETH S. HUSSEY, Deceased. ANDREW J. HUSSEY, Respondent; VIRGINIA HUSSEY, Appellant.— Appeal from an order of the Surrogate's Court, Queens County, granting relief in the nature of a writ of assistance requiring the Sheriff to put respondent, Andrew J. Hussey, into possession of premises purchased by him, and directing that the Sheriff remove appellant Virginia Hussey, Alice Hussey Raeder, and all other persons claiming under them, from the premises. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.